# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

**V.**  **CRIMINAL NO. 5:12CR3-DCB-LRA**

**MICHAEL FRALICK**

## ORDER

THIS CAUSE having come before the Court on a Motion To Amend the Sentencing Order/Final Judgment by Defendant, citing the Defendant's desire to be housed in a facility other than that originally requested, and the Court having considered the same, finds that there would be no harm to the Government if the request were granted and that it is reasonable given the Defendant's initial limited knowledge of the facilities available to him.

THEREFORE, the Court orders that the facility requested in the Defendant's Sentencing and Final Order be amended to show his and the Court's request that he be housed in the Bureau of Prisons facility in Pensacola, Florida.

SO ORDERED AND ADJUDGED, this the 8th day of April, 2013.

s/ David Bramlette
UNITED STATES DISTRICT JUDGE